UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEATHER JEANNE LINDSAY,

               Appellant,

-against-

THOMAS C. FROST,

               Appellee.

Case No. 1:24-cv-08064 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

       Appellee shall file a response to Appellant's Motion, Dkt. 3, by November 7, 2024.

The Clerk of Court is directed to mail this Order to the mailing address listed for Appellant Heather Jeanne Lindsay on the docket and to add a *pro se* flag to the docket.

Dated: November 1, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge