UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEATHER JEANNE LINDSAY,<br><br>       Appellant,<br><br>-against-<br><br>THOMAS C. FROST as Chapter 13 Trustee,<br><br>       Appellee. | Case No. 1:24-cv-08064 (JLR)<br><br>**<u>OPINION AND ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  Appellant shall file her reply, if any, to Appellee's opposition to Appellant's motion for a stay pending the appeal by November 15, 2024.

  The Clerk of Court is respectfully requested to mail a copy of this Order to Appellant.

Dated: November 8, 2024
     New York, New York

                SO ORDERED.

                _Jennifer Rochon_
                JENNIFER L. ROCHON
                United States District Judge