UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEATHER JEANNE LINDSAY,<br><br>       Appellant,<br><br>-against-<br><br>THOMAS C. FROST as Chapter 13 Trustee,<br><br>       Appellee. | Case No. 1:24-cv-08064 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Appellant's reply, if any, to Appellee's opposition to Appellant's motion for a stay pending the appeal was due November 15, 2024. As a courtesy, the Court shall grant an extension for Appellant to file her reply until November 22, 2024.

  The Clerk of Court is respectfully requested to mail a copy of this Order to Appellant.

Dated: November 18, 2024
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge