UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEATHER JEANNE LINDSAY,

                Plaintiff,

-against-

THOMAS C. FROST,

                Defendant.

Case No. 1:24-cv-08064 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      Appellant's opening brief in her appeal from the order of the Bankruptcy Court was due December 16, 2024. As a courtesy, the Court granted an extension until December 27, 2024, for Appellant to file her opening brief in this matter. Dkt. 17. The Court shall grant Appellant a final extension until January 9, 2025 to file her opening brief.

Dated: January 2, 2025
        New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge