UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEATHER JEANNE LINDSAY,

                    Appellant,

         -against-

THOMAS C. FROST,
  Chapter 13 Standing Trustee,

                    Appellee.

Case No. 1:24-cv-08064 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    Appellant's opening brief in her appeal from the order of the Bankruptcy Court was due December 16, 2024.  As a courtesy, on December 19, 2024, the Court granted an extension until December 27, 2024 for Appellant to file her opening brief in this matter.  Dkt. 17.  On January 2, 2025, the Court granted Appellant a final extension until January 9, 2025 to file her opening brief.  Dkt. 19.  To date, Appellant has not filed an opening brief with this Court.

    If Plaintiff does not file her opening brief by **January 24, 2025**, her case may be dismissed for a failure to prosecute.

    The Court of Clerk is respectfully directed to mail a copy of this Order to Appellant's mailing address on the docket.

Dated: January 17, 2025
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge